THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marcus Cedrick Donaldson, Appellant.
 
 
 

Appeal From Lexington County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2006-UP-031
Submitted January 3, 2006  Filed January 12, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Donald V. Myers, of Lexington, for Respondent.  
 
 
 

PER CURIAM:  Marcus C. Donaldson appeals his guilty plea and sentence for voluntary manslaughter.  Counsel for Donaldson attached to the final brief a petition to be relieved as counsel.  Donaldson did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Donaldsons appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.